DELIMA TRAMBLAY, Respondent, *v.* THE SUPREME COUNCIL CATHOLIC BENEVOLENT LEGION, Appellant.

*Tramblay* v. *Supreme Council. C. B. L.*, 90 App. Div. 39, appeal withdrawn.
(Argued May 31, 1904; decided June 7, 1904.)

MOTION to withdraw an appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered January 23, 1904, which reversed a judgment in favor of defendant entered upon a decision of the court on trial without a jury and granted a new trial.

The motion was made upon the ground that owing to an order of interpleader the appellant herein was no longer interested in the litigation.

*John C. McGuire* for motion.

*Edward D. Dowling* opposed.

Motion granted upon payment of costs before argument and ten dollars costs of motion within twenty days.